KATZ, J., did not participate in the consideration or decision of this petition.

*Frank H. Santoro* and *Joyce A. Lagnese,* in support of the petition.

Decided June 16, 2004

## STATE OF CONNECTICUT *v.* JOSEPH IZZO

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 285 (AC 23646), is denied.

*David V. DeRosa,* special public defender, in support of the petition.

*Proloy K. Das,* deputy assistant state's attorney, in opposition.

Decided June 16, 2004

## STATE OF CONNECTICUT *v.* DAVID ROSARIO

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 691 (AC 23654), is denied.

*Richard E. Condon, Jr.,* assistant public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided June 16, 2004

## BEVERLY L. GRIMM *v.* ROBERT L. GRIMM

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 41 (AC 23901), is granted, limited to the following issue: